G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JENNIFER RAYMOND

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RAYMOND,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASSOCIATED RECOVERY SYSTEMS;  DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:<br>**3:12-cv-02453-MMA-WVG**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to FRCP 41(a)(1), Plaintiff JENNIFER RAYMOND, hereby voluntarily dismisses her claims, without prejudice, against Defendants ASSOCIATED RECOVERY SYSTEMS;  DOES 1 to 10, inclusive.

RESPECTFULLY SUBMITTED,

DATED:  May 24, 2013        **PRICE LAW GROUP APC**

By:/s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

- 1 -